**Order entered December 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00975-CV

### IN RE THE BIG 12 CONFERENCE, INC., Relator

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-18-00585-A**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial judge, the Honorable D'Metria Benson, to vacate her July 23, 2018 order denying relator's plea in abatement and enter an order granting the plea in abatement. We further **ORDER** the trial judge to file with this Court **within fifteen (15) days of the date of this order**, a certified copy of her order issued in compliance with this order. Should the trial court fail to comply with the order, the writ will issue.

We **ORDER** that relator recover its cost of this original proceeding, if any, from real party in interest Kolby Listenbee.

/s/    DAVID L. BRIDGES
        JUSTICE